IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          Case No. 4:15-cr-00150 KGB

CHARLES EDWARD PETTY, II                                                    DEFENDANT

## ORDER

Pending is defendant Charles Edward Petty's motion for copies of records (Dkt. No. 26). The motion states that the government has no objection to the motion.

For good cause shown, the motion is granted (Dkt. No. 26). The United States Probation Office is directed to provide Mr. Petty's counsel with a copy of all confirmatory test results and any interpretation of the results from Mr. Petty's drug screens.

It is so ordered this 1st day of June, 2017.

Kristine G. Baker
United States District Judge